UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YORK RISK SERVICES GROUP, INC., a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND BAKER & MITCHELL, LLP., a California Limited Liability Partnership, and CRAIG A. DIAMOND, a California resident,<br><br>Defendants. | No. 2:18-cv-0535 KJM DB<br><br><br>ORDER |

On May 24, 2019, plaintiff filed a motion for a protective order. (ECF No. 18.) The motion is scheduled for hearing before the undersigned on June 21, 2019, pursuant to Local Rule 302(c)(1). (ECF No. 20.) On June 7, 2019, defendants filed an opposition. (ECF No. 21.) On June 14, 2019, the parties filed a Joint Statement and plaintiff filed a reply. (ECF Nos. 22 & 23.)

However, pursuant to Local Rule 251, other than a brief notice of motion and motion "scheduling the hearing date," the parties' Joint Statement re Discovery Disagreement should have contained "[a]ll arguments and briefing that would otherwise be included in a memorandum of points and authorities supporting or opposing the motion[.]" Local Rule 251(a)-(c). In this regard, aside from the Joint Statement, "no separate briefing shall be filed." Local Rule 251(c).

1

Moreover, the undersigned's Standard Information regarding discovery disputes set forth on the court's web page explains that joint statements filed before the undersigned shall not exceed twenty-five pages, excluding exhibits.[1]  See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db.  Here, the parties' combined briefing exceeds the undersigned's twenty-five-page limit.  Additionally, the parties' joint statement fails to comply with the requirements set forth in Local Rule 130 "GENERAL FORMAT OF DOCUMENTS."  (ECF No. 22.)

Accordingly, IT IS HEREBY ORDERED that:

1. The June 21, 2019 hearing of plaintiff's motion for a protective order (ECF No. 18) is continued to **July 26, 2019**; and

2. On or before **July 19, 2019**, the parties shall file a joint statement that complies with the Local Rules and the undersigned's Standard Information.

Dated:  June 19, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\york0535.js.cont.hrg

---

[1] The parties are advised that title pages, tables of contents, tables of citations, etc., all count toward the twenty-five-page limit.

2