UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YORK RISK SERVICES GROUP, INC., a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND BAKER & MITCHELL, LLP., a California Limited Liability Partnership, and CRAIG A. DIAMOND, a California resident,<br><br>Defendants. | No. 2:18-cv-0535 KJM DB<br><br>ORDER |

This action came before the court on July 26, 2019, for hearing of plaintiff's motion for a protective order. Attorney Allison Rhodes appeared on behalf of the plaintiff. Attorney Vasudhsiri Sathienmars appeared on behalf of the defendants.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's May 24, 2019 motion for a protective order (ECF No. 18) is granted in part;

////

////

////

1

2. Defendants' first set of requests for production and requests for admission are limited to 50 requests for production and 50 requests for admission; and

3. Plaintiff's request for attorney's fees and costs is denied.

Dated: July 26, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\york0535.oah.072619