Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400 | Fax: 213.896.2450

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| YORK RISK SERVICES GROUP, INC., a New York Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND BAKER & MITCHELL, LLP., a California Limited Liability Partnership, and CRAIG A. DIAMOND, a California resident,<br><br>Defendants. | Case No. 2:18-cv-00535-KJM-DB<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Date: September 6, 2019<br>Time: 10:00 a.m.<br>Location: Courtroom 3<br>Before: Hon. Kimberly J. Mueller |

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Tel: 415.743.6900
Fax: 415.743.6910

Having considered Plaintiff York Risk Services Group, Inc. and Defendants Diamond Baker & Mitchell LLP and Craig A. Diamond's (collectively, "the Parties") Joint Motion to Modify Pretrial Scheduling Order, the papers filed in support of, and any arguments by counsel, and being fully apprised of the contents of same, the Court finds that there is good cause to GRANT the Motion.

THEREFORE, IT IS ORDERED that the Parties' Joint Motion is GRANTED. The Court's previously issued Status (Pretrial Scheduling) Order found at Dkt. No. 17 is hereby modified, and the following dates shall be followed by the parties pursuant their Joint Motion, filed at Dkt. No. 29.

|  | **Old Date** | **New Date** |
| --- | --- | --- |
| Discovery cutoff: | 10/11/19 | 1/10/20 |
| Expert disclosure: | 11/8/19 | 2/7/20 |
| Expert Rebuttal: | 11/29/19 | 2/28/20 |
| Expert discovery cutoff: | 12/30/19 | 3/27/20 |
| Dispositive motion deadline: | 1/31/20 | 4/24/20 |

IT IS SO ORDERED.

DATED: August 19, 2019.

_____
UNITED STATES DISTRICT JUDGE

ORDER MODIFYING PRETRIAL SCHEDULING ORDER
CASE NO. 2:18-CV-00535-KJM-DB