UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| YORK RISK SERVICES GROUP, INC., a NewYork Corporation, | No. 2:18-cv-00535-KJM-DB |
|---|---|
| Plaintiff, | |
| v. | AMENDMENT TO THE SCHEDULING ORDER |
| DIAMOND BAKER & MITCHELL, LLP., aCalifornia Limited Liability Partnership, andCRAIG A. DIAMOND, a California resident, | |
| Defendants. | |

The parties jointly request (ECF No. 39) to amend dates in the pretrial scheduling order (ECF No. 36). Good cause appearing, the court GRANTS this request, as follows:

| **Description** | **Existing Date** | **New Date** |
|---|---|---|
| Discovery Cutoff | 4/25/2020 | 8/25/2020 |
| Expert Disclosures | 5/22/2020 | 9/22/2020 |
| Supplemental Expert Disclosures | 6/12/2020 | 10/12/2020 |
| Completion of Expert Discovery | 7/3/2020 | 11/3/2020 |
| All Dispositive Motions Hearing Date | 7/3/2020 | 11/6/2020 |
| File Joint Pretrial Conference Statement | N/A | N/A |
| Final Pretrial Conference | N/A | N/A |
| Trial Briefs Due | N/A | N/A |

1

This amendment does not alter any other portions of the initial scheduling order (ECF No. 17).

IT IS SO ORDERED.

DATED: March 10, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE