Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Tel: 415.743.6900 | Fax: 415.743.6910

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| YORK RISK SERVICES GROUP, INC., a New York Corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>DIAMOND BAKER & MITCHELL, LLP., a California Limited Liability Partnership, and CRAIG A. DIAMOND, a California resident,<br><br>        Defendants. | Case No. 2:18-cv-00535-KJM-DB<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

ORDER MODIFYING PRETRIAL SCHEDULING ORDER
CASE NO. 2:18-CV-00535-KJM-DB

Having considered Plaintiff York Risk Services Group, Inc. and Defendants Diamond Baker & Mitchell LLP and Craig A. Diamond's (collectively, "the Parties") Joint Motion to Modify Pretrial Scheduling Order, the papers filed in support thereof, and any arguments by counsel, and being fully apprised of the contents of the same, the Court finds that there is good cause to GRANT the Motion.

THEREFORE, IT IS ORDERED that the Parties' Joint Motion is GRANTED. The Court's previously issued Status (Pretrial Scheduling) Order found at Dkt. No. 42 is hereby modified, and the following dates shall be followed by the parties pursuant to their Joint Motion:

|  | Old Date | New Date |
|---|---|---|
| Discovery cutoff: | 8/25/2020 | 12/30/2020 |
| Expert disclosure: | 9/22/2020 | 01/27/2021 |
| Expert Rebuttal: | 10/12/2020 | 02/17/2021 |
| Expert discovery cutoff: | 11/3/2020 | 03/10/2021 |
| Dispositive motion deadline: | 11/6/2020 | 04/16/2021 |

DATED:  June 15, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE