UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| York Risk Services Group, Inc., a New York Corporation, <br><br> Plaintiff, <br><br> v. <br><br> Diamond Baker & Mitchell, LLP., a California Limited Liability Partnership, and Craig A. Diamond, a California resident, <br><br> Defendants. | No. 2:18-cv-00535-KJM-DB <br><br><br> ORDER MODIFYING PRETRIAL SCHEDULING ORDER |

The parties jointly request (ECF No. 57) to amend dates in the pretrial scheduling order (ECF No. 55). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | 4/2/2021 | 8/2/2021 |
| Expert Disclosures | 5/7/2021 | 8/30/2021 |
| Rebuttal (Supplemental) Expert Disclosures | 5/24/2021 | 9/20/2021 |
| Completion of Expert Discovery | 6/25/2021 | 10/12/2021 |
| All Dispositive Motions Hearing Date | 7/30/2021 | 11/19/2021 |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 17). This resolves ECF Nos. 57 and 58. On its own motion the court vacates the motion hearing date currently scheduled for April 16, 2021.

1

1   IT IS SO ORDERED.

2   DATED: March 10, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE